JS-6

Shane M. Popp, Esq. (BN 219668)
smp@smplogicsystems.com
SMP Logic Systems LLC
Intellectual Property Department
3460 Barry Avenue
Los Angeles, CA 90066
(p)  310-930-6051
(f)  310-861-1780

Attorney(s) for Plaintiff and Counterclaim Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMP Logic Systems LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>LNK International, Inc.,<br><br>             Defendant. | Case No. CV13-7543 GW (Ex)<br><br>**ORDER RE DISMISSAL** |
| LNK International, Inc.,<br><br>             Counterclaimant<br><br>      v.<br><br>SMP Logic Systems LLC,<br><br>             Counterclaim Defendant. | |

**TO ALL PARTIES:**

THIS MATTER BEFORE THE COURT on the Parties Stipulation Re Dismissal.

DISPOSITION:    Having heard the Parties, Plaintiff's claim that LNK's current systems using metal detectors from Fortress Technology infringes the patents-in-suit;

is hereby DISMISSED with prejudice.  All other claims are hereby DISMISSED without prejudice.  Each Party shall bear its own attorney's fees and costs.

IT IS SO ORDERED

Dated:  April 9, 2014          By:_____
                                    Hon. George H. Wu
                                    United States District Judge